IRVIN F. CROSS, APPELLANT, v. FRANK L. PROHASKA ET AL., APPELLEES.

FILED FEBRUARY 1, 1919. No. 20336.

Appeal: BILL OF EXCEPTIONS. A purported bill of exceptions not allowed by the trial court or not authenticated by the clerk of the district court will be disregarded on appeal.

APPEAL from the district court for York county: GEORGE F. CORCORAN, JUDGE. *Affirmed.*

*George W. France* and *F. C. Power,* for appellant.

*E. A. Gilbert, contra.*

ROSE, J.

This is an action to recover a commission of $500 for the sale of land. From a judgment on a verdict in favor of defendants, plaintiff has appealed.

The assignments of error are based on misconduct of a witness and of the jury. The evidence has not been preserved by a bill of exceptions, and without the evidence the merits of the assignments cannot be determined. What purports to be a bill of exceptions was filed in this court, but it was not allowed as

such by the trial judge or authenticated by the clerk of the district court. It must therefore be disregarded on appeal. *Dugger v. Smith,* 94 Neb. 552; *Gay v. Reynolds,* 57 Neb. 194.

ATFIRMED.